■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY LEATY, Appellant. — Motion for reargument or clarification granted to the extent that remittitur order amended to specify that both judgments appealed from are unanimously affirmed. Present — Hancock, Jr., J. P., Callahan, Doerr, Boomer and Schnepp, JJ.

■ In the Matter of A. O'NEILL KLINE, an Attorney. — Resignation accepted and name stricken from roll of attorneys. Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ.